```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ELAINE E. SCATTERGOOD          :    CIVIL ACTION
                               :
         v.                    :
                               :
LANCASTER COUNTY, PA., et al.  :    NO.  02-4483
```

ORDER

AND NOW, this _____ day of July, 2002, upon consideration of plaintiff's motion to proceed in forma pauperis (Docket No. 1), as well as her motion for a continuance to give her additional time to prepare a complaint, it is hereby ORDERED that both motions are DENIED.

The Court is unable to evaluate the plaintiff's motion to proceed in forma pauperis in the absence of a complaint. If the plaintiff files a motion to proceed in forma pauperis which is accompanied by a complaint, the Court will evaluate her request at that time.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.